UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


UNITED STATES OF AMERICA

v.                                    Case No.: 15-4354

RONNIE MAURICE JONES


JOINT MOTION TO SUSPEND BRIEFING SCHEDULE

On October 5, 2015 this Court entered a briefing order in this case requiring the opening brief and appendix be filed on November 9, 2015. On November 2, 2015 the Government filed a Motion to Dismiss Appeal and this Court entered an order requiring the Appellant's response on November 16, 2015.

The undersigned counsel conferred with the Assistant United States Attorney, Donald R. Wolthuis, and both parties have agreed to this joint motion to suspend the briefing schedule in the case until after the Government's Motion to Dismiss Appeal is decided.

WHEREFORE, the Appellant and the Appellee respectfully request this Court enter an order suspending the briefing schedule herein.

1

Respectfully submitted,
RONNIE MAURICE JONES
By Counsel


/s/Helen Eckert Phillips
Helen Eckert Phillips
Virginia State Bar Number 29708
Allen & Newman, PLLC
P.O. Box 1119
Bristol, Virginia 24203
276-644-5560
276-644-5561 (fax)
hphillips@allenandnewman.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2015, I electronically filed the foregoing with the Clerk of this Court, using the CM/ECF system which will send notification of such filing to the counsel of record in this case.  I also mailed a copy of this joint motion to the Appellant, Ronnie Maurice Jones, Inmate Number 17853-084, FCI Hazelton, P.O. Box 5000, Bruceton Mills, West Virginia 26525.

/s/Helen E. Phillips
Helen E. Phillips