FILED: November 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4354
(5:13-cr-00025-MFU-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RONNIE MAURICE JONES, a/k/a D.C., a/k/a R.J.

       Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk